In the Matter of the Accounting of CITY BANK FARMERS TRUST COMPANY, as Successor Trustee under the Will of EMILIO DEL PINO, Deceased, Respondent. ROSALIA DEL PINO et al., Appellants; CITY BANK FARMERS TRUST COMPANY et al., as Executors of MARIA DEL P. KEYES, Deceased, et al., Respondents.

Argued February 25, 1954; decided April 8, 1954.

*Henry J. Bogatko, Harry H. Martin* and *William M. Keegan* for appellants.

*Clarence Fried* and *E. F. Bateson, Jr.,* for City Bank Farmers Trust Company and another, as executors of Maria del Pino Keyes, deceased, respondents.

*Francis R. Curry* and *Paul G. Reilly* for City Bank Farmers Trust Company, as administrator with the will annexed of Rose del Pino Hedden, deceased, and others, respondents.

*Emanuel P. Popolizio* for Amalia T. Cathell and another, respondents.

*Edward G. Bathon, Charles R. Barrett* and *Daniel L. Smith, Jr.,* for Oscar W. Frederick, as executor of Martha W. Hedden, deceased, respondent.

*Vincent R. FitzPatrick,* special guardian for Luis Portillo and another, incompetents, and all unknown persons, respondents.

Order affirmed, with costs to all parties appearing separately and filing separate briefs, payable out of the estate; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.